```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEBRASKA
```

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
|                              ) | |
|     Plaintiff,               ) | |
|                              ) | 4:07CR3132 |
|     v.                       ) | |
|                              ) | |
| FABIAN PEREZ LOPEZ,          ) | ORDER |
|                              ) | |
|     Defendant.                 | |

IT IS ORDERED:

1.  An evidentiary hearing on defendant's motion to suppress evidence, filing 22, will be held before the undersigned on December 19, 2007 beginning at 1:30 P.M. in Courtroom #2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.  The court has set aside two hours for this hearing.

2.  The defendant, defendant's counsel, and counsel for the government shall be present at this hearing.

3.  Pursuant to NECrimR 12.5, copies of all exhibits expected to be offered into evidence during the hearing, except those to be used for impeachment only, shall be delivered to the chambers of the undersigned at least twenty-four (24) hours before the hearing and, at the outset of the hearing, to the extent reasonably possible, the parties shall provide the undersigned and the courtroom deputy with a written list of all witnesses the parties expect to call.

4.  As to all defendants, the trial of this case is continued until further order of the court following resolution of outstanding motions.

Dated December 3, 2007.

                                    BY THE COURT

                                    s/ *David L. Piester*
                                    David L. Piester
                                    United States Magistrate Judge