```
                                              FILED
                                         U.S. DISTRICT COURT
           IN THE UNITED STATES DISTRICT COURT  DISTRICT OF NEBRASKA
               FOR THE DISTRICT OF NEBRASKA
                                         2007 DEC 19  PM 4: 49
UNITED STATES OF AMERICA,     )
                              )          OFFICE OF THE CLERK
                 Plaintiff,   )
                              )              4:07CR3132
      v.                      )
                              )          MEMORANDUM, ORDER
FABIAN PEREZ LOPEZ,           )               AND
                              )          RECOMMENDATION
                 Defendant.   )
                              )
```

At the conclusion of the hearing this date on the defendant's motion to suppress evidence, I stated my conclusions on the record and my decision to recommend that the motion to suppress be granted. In accordance with that announcement,

IT HEREBY IS RECOMMENDED to the Honorable Richard G. Kopf, United States District Judge, that the motion to suppress, filing 22, be granted in all respects.

FURTHER, IT HEREBY IS ORDERED,

1. The clerk shall cause an expedited transcript of the hearing to be prepared and filed.

2. Counsel are given ten days from the date the transcript is available to counsel in which to file objections to this recommendation. The parties are notified that failure to object may be held to be a waiver of the right to appeal the district judge's adoption of the recommendation.

DATED December 19, 2007.

                              BY THE COURT:

                              s/ *David L. Piester*
                              David L. Piester
                              United States Magistrate Judge